UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   Case No. 4:08CR00132-001 SWW

VELMA MIRELES

**Order**

Before the Court is defendant's unopposed motion to delay reporting to the Bureau of Prisons until her petition for certiorari to the United States Supreme Court is denied or granted and affirmed. The motion [docket entry 51] is granted. Defendant will remain on bond subject to the same conditions as previously imposed.

DATED this 15th day of October, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE